```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

Jesse James Edwards, Jr.,           \*
                                    \*
    Plaintiff,                    \*
                                    \*
vs.                                 \*   CIVIL ACTION 11-00472-B
                                    \*
MICHAEL J. ASTRUE, Commissioner     \*
of Social Security,                 \*
                                    \*
    Defendant.                    \*

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, be **AFFIRMED.**

    **DONE** this **21st** day of **September, 2012.**

                                               /s/ SONJA F. BIVINS  
                                      UNITED STATES MAGISTRATE JUDGE